**No. 10-8537. James Bunchan, Petitioner v. United States.**

562 U.S. 1260, 131 S. Ct. 1579, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1740.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 626 F.3d 29.

**No. 10-8561. Simon Banks, Petitioner v. Devon Brown, Director, District of Columbia Department of Corrections.**

562 U.S. 1260, 131 S. Ct. 1580, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1850,

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-8620. Wilfredo Montoya Baires, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1580, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1723.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 399 Fed. Appx. 811.

**No. 10-8628. Keith O'Neil Perry, Petitioner v. Linda Sanders, Warden, et al.**

562 U.S. 1261, 131 S. Ct. 1580, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1785,

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8643. Eric Curtner, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1580, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1772.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8644. Juan Duina, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1580, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1790.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 388 Fed. Appx. 86.

**No. 10-8646. Jose Solis-Castillo, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1581, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1737.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 988.

**No. 10-8648. Paul Lupercio, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1581, 179 L. Ed. 2d 482, 2011 U.S. LEXIS 1778.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.